UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NILOUFAR BAHADORIFAR,<br><br>                    Defendant. | 21-CR-430 (RA)<br><br>24-CV-2732 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On May 3, 2024, the Court ordered the Government to respond to Ms. Bahadorifar's motion under 28 U.S.C. § 2255 within 60 days. *See* Dkt. 82, 87. The Government has not yet done so. No later than September 11, 2024, the Government shall respond to Ms. Bahadorifar's motion.

SO ORDERED.

Dated:    August 28, 2024
         New York, New York

                                          _____
                                          Ronnie Abrams
                                          United States District Judge